WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donimic T. Brooks,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Corrections Corporation of America, et al.,<br><br>　　　　　　　Defendants. | No.  CV 13-220-PHX-RCB (BSB)<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: THE WARDEN OF THE CCA'S SAGUARO CORRECTIONAL CENTER**

Plaintiff Donimic T. Brooks, inmate #A5022787 and CCA #1581383, who is confined in the CCA's Saguaro Correctional Center, must pay the statutory filing fee of $350.00.  Plaintiff must first pay an initial partial filing fee of $4.12.  Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.

The Warden of the CCA's Saguaro Correctional Center or his/her designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)　The Warden of the CCA's Saguaro Correctional Center or his/her designee must forward to the Clerk of Court the initial partial filing fee of $4.12.  The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account.  Payments

must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00. The payments must be clearly identified by the name and number assigned to this action.

(2) The Warden of the CCA's Saguaro Correctional Center or his/her designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional institution other than the CCA's Saguaro Correctional Center, so new billing arrangements may be made to collect any outstanding balance.

(3) The Clerk of Court must serve by mail a copy of this Order on the Warden of the CCA's Saguaro Correctional Center, 1250 East Arica Road, Eloy, Arizona 85231.

(4) The Clerk of Court must forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration must set up an account to receive payments on the filing fee for this action and must notify the Court when the filing fee is paid in full.

DATED this 28th day of August, 2013.

_____
Robert C. Broomfield
Senior United States District Judge